

**FILED**    **08 CR 223**

JUL 0 2 2008 TC

**JUDGE KENDALL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:

   USv. Harold Perkins    08 CR 223    KEys    **MAGISTRATE JUDGE KEYS**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO ☒  YES ☐

   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ☒  YES ☐

6) What level of offense is this indictment or information?    FELONY ☒  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?    NO ☒  YES ☐

8) Does this indictment or information include a conspiracy count?    NO ☐  YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery ........... (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ............. (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ...... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud ........... (II)
   ☐ Postal Fraud ............. (II)
   ☐ Other Fraud ............. (III)
   ☐ Auto Theft ............. (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ............. (III)
   ☐ Counterfeiting ............. (III)
   ☐ Sex Offenses ............. (II)
   ☐ DAPCA Marijuana ............. (III)
   ☐ DAPCA Narcotics ............. (III)

   ☒ DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws ............. (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws ............. (IV)
   ☐ Motor Carrier Act ............. (IV)
   ☐ Selective Service Act ............. (IV)
   ☐ Obscene Mail ............. (III)
   ☐ Other Federal Statutes ............. (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18, USC, § 2
    18, USC, § 922(g)(1) and 924 (c)
    21, USC, § 841(a)(1)
    21, USC, § 843(b) and 846

    _____
    TYLER MURRAY
    Assistant United States Attorney

(Revised 12/99)