FILED
JUL - 9 2008
JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 223 |
| | ) | Judge Virginia M. Kendall |
| | ) | |
| GLADYS JOHNSON | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

        Name:        Gladys Johnson
        Date of Birth:
        Sex:
        Race:
        Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

        Fox Valley Adult Transition Center
        1329 North Lake Street
        Aurora, Illinois

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and is now wanted in such division and district on Wednesday, July 30, 2008 at 1:30 p.m., for arraignment before the Honorable Virginia M. Kendall, United States District Judge, Dirksen Building, 219 S. Dearborn, Chicago, Illinois, Courtroom 2319.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | CENTER SUPERVISOR<br>Fox Valley Adult Transition Center<br>1329 North Lake St., Aurora, IL |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that GLADYS JOHNSON shall be remanded to the Metropolitan Correctional Center, 71 West Van Buren, Chicago, IL 60605, or such other institution as directed by the United States Bureau of Prisons, until the conclusion of the proceedings in the instant case number 08 CR 223.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MAUREEN E. MERIN
Assistant U. S. Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
(312) 353-1457