# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 223 - 5 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. GLADYS JOHNSON | | |

**DOCKET ENTRY TEXT**

Government's petition for a writ of habeas corpus ad prosequendum to issue as to defendant Gladys Johnson is granted. Arraignment is set for July 29, 2008 at 1:30 pm.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

*Writs Issued*
*JUL 11 2008*

| | Courtroom Deputy Initials: | JS |
|---|---|---|