UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
         v.                   )      No.   08 CR 223
                              )      Judge Virginia M. Kendall
                              )
GLADYS JOHNSON                )

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the

Court that:

    Name:                    Gladys Johnson
    Date of Birth:
    Sex:
    Race:
    Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

    Fox Valley Adult Transition Center
    1329 North Lake Street
    Aurora, Illinois

and that said defendant is charged in the above-captioned case with violations of Title

21, United States Code, Sections 841(a)(1) and 843(b), and that said defendant should

appear in this case in the United States District Courthouse, 219 S. Dearborn, Chicago,

Illinois, on Wednesday, July 30, 2008 at 1:30 p.m., for arraignment before the

Honorable Virginia M. Kendall, United States District Judge, Courtroom 2319.

    IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL              CENTER SUPERVISOR
Northern District of Illinois      Fox Valley Adult Transition Center
Chicago, Illinois                  1329 North Lake St., Aurora, IL

bring or cause to be brought before this Court, at said time on said date, in the United

States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ

of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them,

be issued by the Clerk of this Court.


E N T E R :

The Honorable Virginia M. Kendall
United States District Judge


DATED at Chicago, Illinois
this ___9th___ day of July, 2008