# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 223 - 5 | **DATE** | July 29, 2008 |
| **CASE TITLE** | USA vs. GLADYS JOHNSON | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty. 16.1 conference to be held by 8/1/2008. Pretrial motions and supporting memoranda are to be filed by 8/20/2008. Responses are to be filed by 9/10/2008. Replies are due 9/17/2008. Status hearing is set for 9/18/2008 at 2:00 pm. Trial is set for 1/12/2009 at 9:15 am. Final pretrial conference is set for 1/8/2009 at 4:00 pm. All proposed jury instructions, motions in limine and supporting memoranda, 404(b) and Santiago materials are to be filed by 12/18/2008. Defendant is remanded to the custody of the U.S. Marshal pending disposition of this case. Enter excludable delay for the period of 7/29/2008 through 1/12/2009 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv). X-T-4

No notices required, advised in open court.

| | Courtroom Deputy Initials: | JS |
|---|---|---|