IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 223-3 |
| v. | ) | Judge Virginia Kendall |
| | ) | |
| GLADYS JOHNSON, et al. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO FILE**
**<u>PRETRIAL MOTIONS</u>**

GLADYS JOHNSON, by the Federal Defender Program and its attorney, BETH W. GAUS, respectfully requests that this Court extend the deadline by which to file pretrial motions for 60 days beyond the August 20, 2008 deadline originally set by this Court. In support of this motion, defendant states as follows:

1.  Ms. Johnson was indicted on three counts on July 2, 2008. She was arraigned on those charges before this Court on July 29, 2008, and entered a plea of not guilty. Ms. Johnson is currently in custody at the Jerome Combs Detention Center in Kankakee, Illinois.

2.  At the arraignment, this Court set dates for various pretrial matters. A discovery deadline was set for August 1, and a pretrial motion deadline was set for August 20.

3.  The government has provided discovery to defense counsel, but the most recent discovery, consisting of 10 disks, was only received by defense counsel on August 11, 2008. Earlier-provided discovery, consisting of 21 disks, was received by defense counsel on July 31, 2008.

4. Given that the discovery tendered so far is voluminous (currently consisting of 31 disks) and that Ms. Johnson is in custody, it will be extremely difficult for defense counsel to work with Ms. Johnson to review the discovery and prepare any pretrial motions, in the event any are necessary, prior to the deadline currently set by this Court.

5. Defense counsel has discussed this motion with Assistant United States Attorney Maureen Merin, and Ms. Merin has indicated that she has no objection to this motion. There is no objection to excluding time under 18 U.S.C. §3161(h).

6. To the extent it is applicable to Ms. Johnson, Ms. Johnson also joins in co-defendant Wallace Butcher's motion for extension of time to file pretrial motions, filed on August 11, 2008.

WHEREFORE, it is respectfully requested that the deadline for filing pretrial motions in this case be extended for 60 days beyond the August 20, 2008 deadline originally set by this Court.

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        Terence F. MacCarthy
        Executive Director

        By: *s/ Beth W. Gaus*
           Beth W. Gaus

BETH W. GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8342

2

## CERTIFICATE OF SERVICE

The undersigned, Beth W. Gaus , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 15, 2008, to counsel/parties that are non-ECF filers.

By: *s/Beth W. Gaus*
Beth W. Gaus
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8342