IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 223-3 |
| | ) | Hon. Virginia Kendall |
| GLADYS JOHNSON, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Maureen Merin
      Assistant United States Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, IL 60604

PLEASE TAKE NOTICE that on Wednesday, August 20, 2008, at 1:30 a.m., in Courtroom 2319, we shall appear before the Honorable Virginia Kendall, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

–   **UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS**

                        Respectfully submitted,

                        FEDERAL DEFENDER PROGRAM
                        Terence F. MacCarthy
                        Executive Director

                        By: *s/Beth W. Gaus*
                              Beth W. Gaus

Beth W. Gaus
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8342